IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                      No. 16-cv-0132-JAP-SMV
                                                          No. 12-cr-01676-JAP

**RENE MANUEL CASILLAS-PAEZ,**

    Defendant.

## ORDER GRANTING EXTENSTION OF TIME

THIS MATTER is before the Court on Defendant's Motion For An Extension of Time to File Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [Doc. 4], filed on March 14, 2016.  On February 29, 2016, this Court ordered Defendant to file an amended § 2255 motion that complies with Rule 2 of the Rules Governing Section 2255 Proceedings for the United States District Courts "no later than March 21, 2016."  [Doc. 2]  In response, Defendant filed the present motion requesting a 60-day extension of time in which to comply with the Court's Order to Cure Deficiency, because Defendant has limited access to the law library.  [Doc. 4]  Defendant's motion is well-taken and will be granted.

IT IS THEREFORE ORDERED that Defendant's Motion For An Extension of Time to File Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [Doc. 4] is GRANTED and Defendant's amended § 2255 motion must be filed within 60 days of the date of this Order.

                                                    _____
                                                  STEPHAN M. VIDMAR
                                                  UNITED STATES MAGISTRATE JUDGE