IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                          No. 16-CV-132 JAP/SMV
                                               No. 06-CR-710 JAP

RENE MANUEL CASILLAS-PAEZ,

    Defendant.

## FINAL JUDGMENT

In accordance with Fed. R. Civ. P. 58(a), and consistent with the contemporaneously filed Memorandum Opinion and Order of Dismissal, the Court issues its separate Final Judgment disposing of this case.

IT IS THEREFORE ORDERED that this case is dismissed.

_____
SENIOR UNITED STATES DISTRICT JUDGE